# United States Court of Appeals
## For the Eighth Circuit

_____

No. 23-1824
_____

Larry Wayne Jones,

*Plaintiff - Appellant*,

v.

Akeisha Walker, Food Production Manager, MSU; Aundrea Culclager, Former Warden, MSU; William Benton, Former Health Services Administrator, MSU; Erica Johnson, Former DON, MSU; Carla Jacks; WellPath, LLC,

*Defendants - Appellees*.
_____

Appeal from United States District Court
for the Eastern District of Arkansas - Central
_____

Submitted: February 8, 2024
Filed: February 23, 2024
[Unpublished]
_____

Before COLLOTON, KELLY, and GRASZ, Circuit Judges.
_____

PER CURIAM.

Larry Wayne Jones appeals a decision of the district court granting summary judgment for the defendants on certain claims in this action. We conclude that the orders granting summary judgment are not final and appealable because they did not

dispose of Jones's retaliation claim. *See* 28 U.S.C. § 1291; *SD Voice v. Noem*, 987 F.3d 1186, 1191-92 (8th Cir. 2021); *Thomas v. Basham*, 931 F.2d 521, 523 (8th Cir. 1991).

Accordingly, the appeal is dismissed for lack of jurisdiction, and the case is remanded for the district court to consider the unresolved retaliation claim.

_____